1  PETER D. GORDON, ESQ., State Bar No. 76578
   ANDREW T. SCHOETTLE, ESQ., State Bar No. 313116
2  PETER D. GORDON & ASSOCIATES
   8050 Melrose Avenue – Second Floor
3  Los Angeles, California   90046-7015
   (323) 651-2700 Office
4  (323) 651-3726 Fax

5  Attorney for Movant KAREN DOWDLE

6

7                    UNITED STATES BANKRUPTCY COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                       LOS ANGELES DIVISION

10

11   In re:                          )   Case No.: 18-bk-16688-BB
                                      )
     SAMUEL SABER                     )
12                    Debtor.         )
                                      )   Chapter 11
13                                    )
                                      )
14                                    )   **KAREN DOWDLE'S OPPOSITION TO**
                                      )   **DEBTOR'S OBJECTION TO**
                                      )   **EXHIBITS**
15                                    )
                                      )
16                                    )   Date: April 30, 2019
                                      )
17                                    )   Time: 10:00 a.m.
                                      )
18                                    )   Ctrm: 1539
                                      )
19                                    )

20

21

22  -

23

24

25

26

27

28

                                    i

1    Movant Karen Dowdle hereby submits this Opposition to the Evidentiary Objections to

2    Exhibits lodged by Sam Saber:

3    1.  All Exhibits have been properly authenticated. All exhibits are pleadings/court documents

4    or correspondence between counsel. Debtor fails to explain how any of the Exhibits are not what

5    they are claimed to be  or how Movant has failed to authenticate said Exhibits; Exhibits 1, 2, 3, 4,

6    and 7 are state trial court documents subject to judicial notice; Exhibits 6 and 8 are filings Debtor

7    made in this action and Exhibits 5 and 10 are correspondence between counsel, authenticated via

8    the Declaration of Attorney Gordon; and

9    2.  Exhibit 5, the belated assertion of the operation of the automatic stay, which Notice  was

10    never filed by Plaintiff or his counsel with the Superior Court or the trial judge until after entry of

11    the adverse verdict against Plaintiff Saber, is not properly the subject to FRE R. 408.  The letter,

12    sent some 10 days after entry of the verdict, t is not "a statement made during compromise

13    negotiations about the claim." The document is described as a "notice of violation of stay/meet

14    and confer" but, in fact, announces post trial threats after entry of an adverse verdict against

15    plaintiff Saber.  The letter does not relate in any way to this motion for relief or to any contested

16    matter. FRE R. 408 expressly states that "the court may admit this evidence for another purpose,"

17    which in this instance is to establish that Debtor first sought to enforce the stay on March 21,

18    2019, as a much belated and fraudulent method to undo an adverse jury verdict. Debtor Saber's

19    attempt to weaponize his and his counsel's errors is not subject to settlement protection simply

20    because counsel puts such a advisory on his letters.

22    Date:  April 22, 2019                          Respectfully submitted

23                                                   PETER D. GORDON & ASSOCIATES

26                                                   By /s/Peter Gordon_____
                                                       Peter D. Gordon, Esq., Attorney for
27                                                     Movant Karen Dowdle

28
                                          1
OPPOSITION TO EVIDENTIARY OBJECTIONS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**8052 Melrose Avenue, 2d Floor**
**Los Angeles, CA 90046**

A true and correct copy of the foregoing document entitled (*specify*): **KAREN DOWDLE'S OPPOSITION TO EVIDENTIARY OBJECTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 23, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 23, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Randy Chang, Esq.**
The Chang Firm
7755 Center Ave Ste 1100
Huntington Beach, CA 92647

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 24, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Hon. Sheri Bluebond**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 23, 2019 | Andrew Schoettle | /s/ | Andrew Schoettle |
| --- | --- | --- | --- |
| *Date* | *Printed Name* | | *Signature* |

**NEF Electronic Mail Notice List**

| | | |
|---|---|---|
| **Cab West LLC**<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Boulevard, 10th Floor<br>Costa Mesa, CA 92626 | represented by | **Randall P Mroczynski**<br>Cooksey Toolen Gage Duffy & Woog<br>535 Anton Blvd 10th Fl<br>Costa Mesa, CA 92626-1947<br>714-431-1100<br>714-431-1109 (fax)<br>randym@cookseylaw.com |
| **Deutsche Bank National Trust Company**<br>Robertson, Anschutz & Schneid, P. L.<br>6409 Congress Avenue, suite 100<br>Boca Raton, FL 33487 | represented by | **Theron S Covey**<br>550 West C Street<br>Suite 1670<br>San Diego, CA 92101<br>619-241-2860<br>619-241-2862 (fax)<br>tcovey@rasflaw.com |
| **Epps & Coulson, LLP**<br>707 Wilshire Blvd.<br>Suite 3000<br>Los Angeles, CA 90017<br>213-929-2390<br>dcoulson@eppscoulson.com | represented by | **Dawn M Coulson**<br>Epps & Coulson LLP<br>707 Wilshire Blvd.<br>Suite 3000<br>Los Angeles, CA 90017<br>213-929-2390<br>213-929-2394 (fax)<br>dcoulson@eppscoulson.com |
| **JPMorgan Chase Bank, National Association**<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101 | represented by | **Merdaud Jafarnia**<br>McCarthy & Holthus LLP<br>411 Ivy Street<br>San Diego, CA 92101<br>619-685-4800<br>619-685-4810 (fax)<br>bknotice@mccarthyholthus.com |
| **Joon M Khang**<br>KHANG & KHANG LLP<br>4000 Barranca Parkway, Suite 250<br>Irvine, CA 92604<br>(949) 419-3834<br>(949) 385-5868 (fax)<br>joon@khanglaw.com*)* | represented by | **Joon M Khang**<br>KHANG & KHANG LLP<br>4000 Barranca Parkway, Suite 250<br>Irvine<br>Irvine, CA 92604<br>949-419-3834<br>949-419-3835 (fax)<br>joon@khanglaw.com |
| **Kinkle, Rodiger & Spriggs, P.C**<br>Kinkle, Rodiger & Spriggs, P.C<br>C/O Herzlich & Blum, LLP<br>15760 Ventura Blvd., Suite 700<br>Encino, CA 91436 | represented by | **Allan Herzlich**<br>15760 Ventura Blvd Ste 850<br>Encino, CA 91436<br>818-783-8991<br>818-783-6682 (fax) |

1    8187838991                                                    allan@herzlich-blum.com
     8187836682 (fax)
2    allan@herzlich-blum.com

3    **Samuel Michael Saber**                                     **Joon M Khang**
     1112 Montana Ave                                             KHANG & KHANG LLP
4    Santa Monica, CA 90403                                       4000 Barranca Parkway, Suite 250
     SSN / ITIN: xxx-xx-9303          represented    Irvine
5                                     by              Irvine, CA 92604
                                                      949-419-3834
6                                                     949-419-3835 (fax)
                                                      joon@khanglaw.com
7

8    **United States Trustee (LA)**                               **Kenneth G Lau**
     915 Wilshire Blvd, Suite 1850                                Office of the United States Trustee
9    Los Angeles, CA 90017                                        915 Wilshire Blvd, Suite 1850
     (213) 894-6811                   represented    Los Angeles, CA 90017
10   ustpregion16.la.ecf@usdoj.gov    by              213-894-4480
     *(U.S. Trustee)*                                  213-894-2603 (fax)
11                                                     kenneth.g.lau@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28